# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01948-DDD-GPG

SHAWN CARSTENSEN HAYS, Individually
and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

(1) PFIZER INC., and
(2) MERIDIAN MEDICAL TECHNOLOGIES, INC.,

    Defendants.

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

---

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Shawn Carstensen Hays and Defendants Pfizer Inc. and Meridian Medical Technologies, Inc., by and through their undersigned counsel and being all parties who have appeared in this action, stipulate and agree that the parties have resolved all disputes and controversies, and all claims asserted in the above-caption matter shall be dismissed with prejudice, with each party to bear its own costs.

Agreed and approved by:

| */s/ W. Greg Wright* | */s/ Raj Gandesha* |
|---|---|
| Rex A. Sharp, No. 17389 | Raj S. Gandesha |
| Ryan C. Hudson | Edward Thrasher |
| W. Greg Wright | Kathryn Swisher |
| Ruth Anne French-Hodson | WHITE & CASE LLP |
| SHARP LAW, LLP | 1221 Avenue of the Americas |
| 4820 W. 75th Street | New York, NY 10020 |

<div style="columns:2">

Prairie Village, KS 66208
Telephone: (913) 901-0505
Fax: (913) 222-2512
Email: rsharp@midwest-law.com
     rhudson@midwest-law.com
     gwright@midwest-law.com
     rafrenchhodson@midwest-law.com

Korey A. Nelson
Amanda Klevorn
Patrick D. Murphree
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Telephone: (504) 799-2845
Fax: (504) 881-1765
Email: aklevorn@burnscharest.com

Warren T. Burns
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Fax: (469) 444-5002
Email: wburns@burnscharest.com

*Attorneys for Plaintiff Shawn Carstensen Hays*

Phone: (212) 819-8200
Fax:   (212) 354-8113
E-mail:
rgandesha@whitecase.com
edward.thrasher@whitecase.com
kathryn.swisher@whitecase.com

Daniel E. Rohner, #27469
SHOOK, HARDY, & BACON LLP
1660 17th Street, Suite 450
Denver, Colorado 80202-1254
Phone: (303) 285-5300
Fax:   (303) 285-5301
Email: drohner@shb.com

*Attorneys for Defendants Pfizer Inc. and Meridian Medical Technologies, Inc.*

</div>

The above stipulation having been considered, and good cause being shown,

IT IS SO ORDERED.

Dated: _____   _____
                                         HONARABLE CHRISTINE M. ARGUELLO
                                         UNITED STATES DISTRICT COURT